IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TOMMY MANION, TOMMY MANION OF TEXAS, INC. and KYLE THOMAS MANION, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Case No. 4:12cv222 |
| JOE GREEN, INDIVIDUALLY | § § § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| MAGIC CROSS RANCH, L.P. | § § | |
| Plaintiff, | § § | |
| VS. | § § | Case No. 4:12cv616 |
| TOMMY MANION, TOMMY MANION OF TEXAS, INC., and KYLE THOMAS MANION | § § § § § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 23, 2014, the report of the Magistrate Judge was entered containing proposed

1

findings of fact and recommendations that Plaintiffs' Motion for Summary Judgment as to All Claims (Dkt. 50) be GRANTED and final judgment be entered in this matter for Plaintiffs.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, Plaintiffs' Motion for Summary Judgment as to All Claims (Dkt. 50) is GRANTED and final judgment in this matter shall be entered for Plaintiffs as set forth in the United States Magistrate Judge's report and recommendation.

**IT IS SO ORDERED.**

**SIGNED this the 27th day of March, 2014.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE